Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−12817−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Tiffany Simpson
aka Tiffany L. Simpson
2 Sierra Place
Sparta, NJ 07871

Social Security No.:
    xxx−xx−8998

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 29, 2026.

Dated: May 29, 2026
JAN: isd

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 26-12817-JKS

Tiffany Simpson                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                      Page 1 of 4

Date Rcvd: May 29, 2026                  Form ID: plncf13                              Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tiffany Simpson, 2 Sierra Place, Sparta, NJ 07871-3582 |
| 521221301 | | Affirm Operational Loans VIII Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521044321 | | Jefferson Capital Systems LLC, PO Box 7999 St. Cloud MN 56302-9617 |
| 521032840 | | Nationstar DBA Mr. Cooper, PO Box 199111, Dallas, TX 75235 |
| 521088422 | + | PayPal, Inc. (PayPal Pay Later), PO Box 71727, Philadelphia, PA 19176-1727 |
| 521088421 | + | Shopify Capital, Inc., 900 Metro Center Blvd, Mailstop 1Z, Foster City, CA 94404-2172 |
| 521032849 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, PO Box 108, Saint Louis, MO 63166 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 29 2026 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 29 2026 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521032819 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 29 2026 20:59:56 | Affirm Inc., 650 California Street, 12 Floor, San Francisco, CA 94108-2716 |
| 521032820 | + | Email/PDF: bncnotices@becket-lee.com | May 29 2026 20:59:54 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 521065142 | + | Email/Text: bkfilings@zwickerpc.com | May 29 2026 20:59:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 521032821 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 21:10:16 | Amex/DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 521032822 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 29 2026 20:58:00 | Apple Card - GS Bank USA, PO Box 7247, Philadelphia, PA 19170-0001 |
| 521032823 | + | Email/Text: bk@avant.com | May 29 2026 20:59:00 | Avant / Web Bank, 222 North LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 521032824 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 29 2026 20:58:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 521032825 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 29 2026 20:58:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 521032826 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 20:59:47 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 521032827 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 29 2026 20:59:50 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 521032830 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

|  |  |  | May 29 2026 20:59:56 | CBNA/Wayfair Mastercard, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 521032828 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2026 20:59:42 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521044448 | + | Email/PDF: ebn_ais@aisinfo.com | May 29 2026 20:59:55 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521032829 |  | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2026 20:59:51 | Capital One/Kohl's, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521207162 |  | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 21:10:22 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 521032831 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 21:10:22 | Citicards, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 521032832 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2026 20:58:00 | Comenity Capital / Burlington, PO Box 182120, Columbus, OH 43218-2120 |
| 521032833 |  | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2026 20:58:00 | Comenity Capital / Childrens Place, PO Box 182120, Columbus, OH 43218-2120 |
| 521032834 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 29 2026 20:59:00 | Department of Ed., 121 S. 13th Street, Lincoln, NE 68508-1904 |
| 521032835 | + | Email/Text: mrdiscen@discover.com | May 29 2026 20:57:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 521032836 |  | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 29 2026 20:59:00 | Hyundai Motor Finance Co, 10550 Talbert Avenue, Fountain Valley, CA 92708-6031 |
| 521213372 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 29 2026 20:59:00 | Hyundai Lease Titling Trust, P.O. BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 521211577 |  | Email/Text: JCAP_BNC_Notices@jcap.com | May 29 2026 20:59:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521038645 |  | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2026 20:59:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521032837 | + | Email/Text: Documentfiling@lciinc.com | May 29 2026 20:57:00 | Lending Club Bank, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 521207011 | + | Email/Text: Documentfiling@lciinc.com | May 29 2026 20:57:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 521054810 |  | Email/PDF: MerrickBKNotifications@Resurgent.com | May 29 2026 20:59:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 521032839 |  | Email/Text: ml-ebn@missionlane.com | May 29 2026 20:57:00 | Mission Lane LLC, PO Box 105286, Atlanta, GA 30348-5286 |
| 521032838 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 20:59:56 | Macy's/Citibank NA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 521065785 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 29 2026 20:59:00 | Navy Federal Credit Union, P.O. BOX 3000, Merrifield, VA 22119-3000 |
| 521032841 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 29 2026 20:59:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 521220950 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2026 21:00:03 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521032843 |  | Email/Text: signed.order@pfwattorneys.com | May 29 2026 20:57:00 | Pressler, Felt & Warshaw, LLP, Attn: Christopher P. Odigbili, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 521032842 |  | Email/Text: bankruptcy@petalcard.com | May 29 2026 20:58:06 | Petal Card, Inc., P.O. Box 105168, Atlanta, GA 30348-5168 |
| 521214121 |  | Email/Text: bnc-quantum@quantum3group.com | May 29 2026 20:59:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA |

District/off: 0312-2     User: admin     Page 3 of 4

Date Rcvd: May 29, 2026     Form ID: plncf13     Total Noticed: 52

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 521032844 | + | Email/Text: bankruptcy@rubinrothman.com | May 29 2026 20:57:00 | Rubin & Rothman, LLC, Attorneys at Law, 1787 Veterans Highway, Suite 32, Islandia, NY 11749-1500 |
| 521032845 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2026 20:59:41 | SYNCB/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 521032846 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2026 20:59:41 | SYNCB/Ashley Home Stores, PO Box 71757, Philadelphia, PA 19176-1757 |
| 521032847 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2026 20:59:59 | SYNCB/Paypal, PO Box 71727, Philadelphia, PA 19176-1727 |
| 521088420 | + | Email/Text: accounting@specialfinancingco.com | May 29 2026 20:58:00 | Special Financing Company, LLC, 2504 Build America Dr, Hampton, VA 23666-3223 |
| 521220245 | + | Email/PDF: ebn_ais@aisinfo.com | May 29 2026 21:00:04 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521032848 | | Email/Text: bncmail@w-legal.com | May 29 2026 20:58:00 | TD Bank USA / Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 521058299 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 29 2026 20:59:00 | U.S Department of Education c/o Nelnet, 121 South 13th Street, LINCOLN, NE 68508-1911 |
| 521032849 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 29 2026 20:59:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521218655 | | Lakeview Loan Servicing, LLC, c/o Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Roger Jon Yehl | on behalf of Debtor Tiffany Simpson roger.yehl@yahoo.com r48898@notify.bestcase.com |

District/off: 0312-2                              User: admin                                      Page 4 of 4
Date Rcvd: May 29, 2026                           Form ID: plncf13                                Total Noticed: 52

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4